```
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

CHARLES D. LASTER,
      Movant

                                CRIMINAL ACTION
      v.                            NO. 1:07-CR-280-1-CAP

UNITED STATES OF AMERICA,     CIVIL ACTION NO. 1:11-CV-1465
      Respondent.

## O R D E R

    This action is currently before the court on the Magistrate Judge's report and recommendation [Doc. No. 50]. There are no objections thereto. Having carefully considered the report and recommendation, and the record as whole, the court receives the report and recommendation [Doc. No. 50] with approval and ADOPTS it as the opinion and order of this court.

    SO ORDERED, this 21st day of July, 2011.

                                      /s/ Charles A. Pannell, Jr.
                                      CHARLES A. PANNELL, JR.
                                      United States District Judge